# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

BOBBY HAMMONS,                     )
                                   )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          Case No. CIV-10-097-JHP-KEW
                                   )
CAROLYN W. COLVIN,                 )
COMMISSIONER OF THE SOCIAL         )
SECURITY ADMINISTRATION,           )
                                   )
                                   )
                    Defendant.     )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 22, 2013, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for attorney fees in the amount of $16,000.00. pursuant to 42 U.S.C. §406(b). The Magistrate Judge recommended that the Court grant Plaintiff's Motion and Application for Attorney Fee and further recommended that Defendant pay this amount directly to Plaintiff's counsel from the amount of past due benefits withheld for that purpose.

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on October 22, 2013, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 7th day of February, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma